IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LESTER JACKSON and NANCY JACKSON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 3:05-CV-231 |
| TENNESSEE DEPARTMENT OF SAFETY, an agency of the State of Tennessee, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the motion to dismiss plaintiff Nancy Jackson's loss of consortium claim [doc. 15] is **GRANTED**. To the extent plaintiff Nancy Jackson has raised a claim for loss of consortium, that claim is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge